30743.00B900

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSA MARIA DeLaTORRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2018 CV 2787 |
| | ) | |
| TARGET CORPORATION, a foreign | ) | Judge Ellis |
| Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED STIPULATION TO DISMISS ACTION

The Plaintiff, Rosa Maria DeLaTorre, by and through her attorneys Edward J. Murphy and Lipe Lyons Murphy Nahrstadt & Pontikis Ltd, with the agreement of the Defendant, Target Corporation, and the stipulation of its counsel, Robert M. Burke and Johnson & Bell, Ltd., pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii) does hereby voluntarily dismiss this action, without prejudice. Pursuant to 735 ILCS 5/13-217, Plaintiff may re-file this action within one year from the date of the filing of this stipulation.

So stipulated,

/s/ Edward J. Murphy                                    /s/ Robert M. Burke
Lipe Lyons Murphy Nahrstadt & Pontikis Ltd.             Johnson & Bell Ltd
Attorneys for Plaintiff                                 Attorneys for Defendant


Edward J. Murphy – ejm@lipelyons.com
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS LTD.
Attorneys for Plaintiff
230 West Monroe Street, Suite 2260
Chicago, Illinois 60606-4703
312-448-6230

{00273748}