**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Rosa DeLaTorre

                Plaintiff,

v.                                         Case No.: 1:18−cv−02787
                                               Honorable Sara L. Ellis

Target Corporation

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 26, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to amended stipulation (doc. #[33]) this action is voluntarily dismissed without prejudice. Plaintiff may re−file this action within one year from the date of the filing of stipulation by 11/20/2019. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.